GEORGE E. A. O'BRIEN vs. ROBERT J. GOVE & others.

Suffolk.    January 23, 1911. — March 3, 1911.

Present: KNOWLTON, C. J., MORTON, LORING, BRALEY, & RUGG, JJ.

*Equity Pleading and Practice*, Master's report.

In a suit in equity, where the case has been referred to a master under an order in
the usual form and the master has filed a report in which he finds that the alle-
gations of the bill relied upon by the plaintiff as the ground for relief are not
true and does not report the evidence, and no exceptions are taken to the mas-
ter's report, the only action possible for the judge who hears the case is to make
a decree that the bill be dismissed.

RUGG, J.   This is a suit in equity by which the plaintiff
seeks to set aside the foreclosure of a mortgage on real estate,
of which he owned the equity, on the ground that the foreclos-
ure sale was not held as advertised.   The case was referred to a
master under an order in the usual form.   No exceptions were
taken to the master's report.   The master found as a fact that
the foreclosure sale was held as advertised and stated that this
was the only issue tried before him.   As the evidence is not
reported, there is nothing upon which to base a criticism of this
finding.   It stands as final.   A decree * has been entered dismiss-
ing the bill, from which the plaintiff appealed.   The only mat-
ter open for argument is that the decree could not have been
entered lawfully upon the facts found.   It is too plain for discus-
sion that the only action possible, upon a finding that the alle-
gations upon which the plaintiff relied were not true, was to
dismiss the bill.

*Decree affirmed with costs.*

The case was submitted on briefs.

*F. A. Torrey & E. W. Woodside*, for the plaintiff.

*A. C. Berman*, for the defendants.

---

* Made in the Superior Court by *Richardson*, J.